# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**DEA SOUTHWARD,**

      **Plaintiff,**

**v.**                                                                               Case No:   5:13-cv-168-Oc-22PRL

**TONERREFILLKITS.COM, LLC and
DUANE SIEBERT,**

      **Defendants.**

_____

## ORDER

This cause is before the Court on the Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. No. 34) filed on January 3, 2014.

The United States Magistrate Judge has submitted a report recommending that the Motion be GRANTED.

After an independent *de novo* review of the record in this matter, and noting that the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. No. 37), the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed January 15, 2014 (Doc. No. 36), is ADOPTED and CONFIRMED and made a part of this Order.

2. The Joint Motion to Review and Approve FLSA Settlement and Dismiss Action With Prejudice (Doc. No. 34) is hereby GRANTED. The Court finds that the settlement is a fair and reasonable resolution of a bona fide dispute over FLSA issues.

3. This case is DISMISSED WITH PREJUDICE.

4. The Clerk is directed to CLOSE the file.

**DONE** and **ORDERED** in Ocala, Florida on January 16, 2014.

*[signature]*
ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record